consideration and decision of this application. *Solicitor General Jackson* for the United States. *Messrs. Albert H. Ladner, Jr.* and *A. Jere. Creskoff* for respondent.

No. 359. NATIONAL CITY BANK OF CLEVELAND, TRUSTEE, *v.* EUCLID-DOAN CO. ET AL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Clan Crawford* and *Frank Harrison* for petitioner. *Messrs. James A. Butler* and *Morris Berick* for respondents.

No. 324. A. F. HAMACEK MARINE CORP. *v.* UNITED STATES. December 11, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Hyman M. Goldstein* and *Harry C. Bierman* for petitioner. *Solicitor General Jackson* and *Assistant Attorney General Shea* for the United States.

No. 504. D'ALLESSANDRO ET AL. *v.* BECHTOL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. D. Bell* for petitioners. *Mr. Harry L. Thompson* for respondent.

No. 511. BOEING *v.* COMMISSIONER OF INTERNAL REVENUE. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Elmer E. Todd* and *Frank E.*